## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE GAP, INC., a Delaware corporation,<br><br>　　　　　　Plaintiff,<br>v.<br><br>BROOKLINE INVESTMENT LLC, a Massachusetts limited liability company,<br><br>　　　　　　Defendant. | Civil Action No. 1:20-cv-11655-ADB |

### NOTICE OF APPEARANCE OF JASON A. MANEKAS, ESQ.

TO THE CLERK OF THE ABOVE-NAMED COURT:

　　Please take notice that the undersigned counsel, Jason A. Manekas, Esq., of the law firm Bernkopf Goodman LLP, hereby enters his appearance as counsel in this case on behalf of Defendant Brookline Investment LLC.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,
　　　　　　　　　　　　　　　　　　　　BROOKLINE INVESTMENT LLC.,
　　　　　　　　　　　　　　　　　　　　By its attorney,

　　　　　　　　　　　　　　　　　　　　 */s/ Jason A. Manekas*
　　　　　　　　　　　　　　　　　　　　Jason A. Manekas, Esq. (BBO# 632073)
　　　　　　　　　　　　　　　　　　　　Bernkopf Goodman LLP
　　　　　　　　　　　　　　　　　　　　Two Seaport Lane, 9th Floor
　　　　　　　　　　　　　　　　　　　　Boston, MA  02210
Dated: October 13, 2020　　　　　　　　Telephone: (617) 790-3000 / Fax: (617) 790-3300
　　　　　　　　　　　　　　　　　　　　jmanekas@bg-llp.com

# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE GAP, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>BROOKLINE INVESTMENT LLC, a Massachusetts limited liability company,<br><br>Defendant. | Civil Action No. 1:20-cv-11655-ADB |

## **CERTIFICATE OF SERVICE**

I, Jason A. Manekas, hereby certify that a copy of the Notice of Appearance was served electronically to the registered participants as identified on the Notice of Electronic Filing, that there are currently no non-registered participants, and that e-mail copies will be sent to the following persons on October 13, 2020:

Anthony A. Froio, Esq.
Robins Kaplan LLP
800 Boylston Street, Suite 2500
Boston, MA 02199
AFroio@RobinsKaplan.com
617-859-2720

Peter N. Foundas, Esq.
Robins Kaplan LLP
800 Boylston Street, Suite 2500
Boston, MA 02199
PFoundas@RobinsKaplan.com
617-859-2720

Signed under the pains and penalties of perjury this 13th day of October 2020.

                                   */s/ Jason A. Manekas*
                                    Jason A. Manekas, Esquire