UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE GAP, INC. a Delaware corporation,<br><br>    Plaintiff and Defendant in Counterclaim,<br><br>v.<br><br>BROOKLINE INVESTMENT LLC, a<br>Massachusetts limited liability company,<br><br>    Defendant and Plaintiff in Counterclaim | Civil Action No. 1:20-cv-11655-ADB |

## STIPULATION OF DISMISSAL

All parties to this action hereby stipulate and agree that the above-captioned action shall be dismissed with prejudice and without costs, interest and attorneys' fees. All rights of appeal and all rights to seek relief under Fed. R. Civ. P. Rules 59 and 60 are hereby waived.

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| | |
| THE GAP, INC. | BROOKLINE INVESTMENT LLC |
| By its attorneys: | By its attorney, |
| ROBINS KAPLAN | |

14

| | |
|---|---|
| By: /s/ *Anthony A. Froio* | /s/ *Richard B. Michaud* |
| Anthony A. Froio (BBO# 554708) | Richard B. Michaud (BBO No. 345000) |
| afrio@robbinskaplan.com | Bernkopf Goodman LLP |
| Peter N. Foundas (BBO# 681599) | Two Seaport Lane |
| pfoundas@robbinsklan.com | Boston, MA 02210 |
| ROBINS KAPLAN LLP | Tel.: (617) 790-3000 |
| 800 Boylston Street, Suite 2500 | Fax: (617) 790-3300 |
| Boston, MA 02199 | Email: rmichaud@bg-llp.com |
| (617) 267-2300 | |

DATED: December 28, 2020

**CERTIFICATE OF SERVICE**

I hereby certify that on December __, 2020, the foregoing document was served electronically upon all registered participants as identified on the Notice of Electronic Filing in this case through the Court's ECF system and paper copies have been sent those indicated as non-registered participants via first class mail, postage prepaid.

/s/ *Richard B. Michaud*
Richard B. Michaud

15